IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GLORIA JEAN DAVIS** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|     v. | ) | **CASE NO.** |
| | ) | **1:09-CV-2719-CC-LTW** |
| **GREENPOINT MORTGAGE** | ) | |
| **FUNDING, INC., BAC HOME** | ) | |
| **LOANS SERVICING, LP,** | ) | |
| **FEDERAL NATIONAL** | ) | |
| **MORTGAGE ASSOCIATION,** | ) | |
| **N.A., JOHN DOE 1 and JOHN** | ) | |
| **DOE 2,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

**JOINT MOTION TO STAY CERTAIN PRETRIAL
DEADLINES & TO ESTABLISH DISCOVERY COMMENCEMENT**

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff Gloria Jean Davis ("Plaintiff") and Defendants GreenPoint Mortgage Funding, Inc. ("GreenPoint"), BAC Home Loans Servicing, LP ("BAC") and Federal National Mortgage Association, N.A., ("Fannie Mae") (collectively "Defendants"), in an effort to bring the timelines for their discovery obligations into harmony, hereby jointly move this Court for an Order that stays their respective obligations to participate in a Rule 26(f) conference until and including October 12, 2011, and stays their obligations to serve their initial disclosures and file their discovery plan until and including November 3, 2011.

Under this timeline, and consistent with this Court's previous Order of March 30, 2011, discovery in this matter would begin on November 3, 2011,[1] at which point the parties will have held their Rule 26(f) conference, filed their respective initial disclosures, and filed their discovery plan.

It is within the Court's discretion to grant this motion. See <u>Patterson v. United States Postal Serv.</u>, 901 F.2d 927, 929 (11th Cir. 1990) (holding that the district court did not abuse its discretion in staying discovery). A proposed Order is attached for the Court's convenience.

Respectfully submitted this 4th day of October 2011.

| | |
|---|---|
| /s/ John R. Bartholomew IV<br>John R. Bartholomew IV<br>Georgia Bar No. 257089<br>Atlanta Legal Aid Society, Inc.<br>246 Sycamore Street, Suite 120<br>Decatur, GA 30030<br>(404) 377-0705, ext. 238<br>Fax: (404) 377-2349<br>jrbartholomew@atlantalegalaid.org | /s/ Jennifer R. Burbine (by express permission to JRB)<br>Jennifer R. Burbine<br>Georgia Bar No. 167807<br>McGuire Woods LLP<br>Promenade II<br>1230 Peachtree Street, N.E.<br>Suite 2100<br>Atlanta, GA 30309-3534<br>jburbine@mcguirewoods.com |

/s/ Darren E. Gaynor (by express permission to JRB)
Darren E. Gaynor

---

[1] Under this Court's Order of March 30, 2011, discovery is set to begin 30 days after Defendants answer. As all Defendants have answered as of today, October 4, 2011, discovery will begin on November 3, 2011.

Georgia Bar No. 288210
Parker Hudson Rainer & Dobbs LLP
285 Peachtree Center Avenue NE
1500 Marquis Two Tower
Atlanta, Georgia  30303
(404) 420-5558 (direct)
(404) 522-8409 (fax)
dgaynor@phrd.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as approved by the Court in L.R. 5.1.B.

/s/ John R. Bartholomew IV
John R. Bartholomew IV
Georgia Bar No. 257089

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Joint Motion to Stay Certain Pretrial Deadlines & to Establish Commencement of Discovery** with the Clerk of Court using the CM/ECF system which automatically sent e-mail notification of such filing to the following attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system:

Darren E. Gaynor

Jennifer R. Burbine

This 4th day of October, 2011.

/s/ John R. Bartholomew IV
John R. Bartholomew IV
Georgia Bar No. 257089