IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLORIA JEAN DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., BAC HOME LOANS SERVICING, LP, FEDERAL NATIONAL MORTGAGE ASSOCIATION, N.A., JOHN DOE 1 and JOHN DOE 2,<br><br>    Defendants. | CASE NO. 1:09-cv-02719-CC-LTW |

## DEFENDANTS GREENPOINT MORTGAGE FUNDING, INC.'S AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, N.A.'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendants GreenPoint Mortgage Funding, Inc. ("GreenPoint") and Federal National Mortgage Association, N.A. ("Fannie Mae") file this Statement of Undisputed Material Facts, showing the Court as follows:

1.  Plaintiff entered into two loan transactions on September 25, 2006. The first loan is for $110,400, and the second loan is for $27,600 (Exs. B; C; F, 1; G, 1). Both loans are secured by Plaintiff's home, and were used to refinance Plaintiff's adjustable-rate mortgage. (*Id.*; Pl. Dep. 25.)

1

2. Both loans were issued by Defendant GreenPoint. (*Id.*)

3. GreenPoint is the current owner of the second loan.

4. Defendant Fannie Mae is the current owner of the first loan.

5. At closing, Plaintiff received two copies of the notice of right to cancel the first loan. (Ex. D.)

6. At closing, Plaintiff received two copies of the notice of right to cancel the second loan. (Ex. E.)

7. Plaintiff did not exercise her right to cancel either loan within three days of the transaction. (Pl. Dep. 22-23.)

8. Plaintiff did not file suit against Fannie Mae or GreenPoint within one year of the closing. (Compl., Dkt. No. 2.)

9. If the Court ordered rescission, Plaintiff cannot return the balance of the principal of the loans. (Pl. Dep. 23-27.)

10. Plaintiff has settled her RESPA claims. (Dkt. No. 84.)

Respectfully submitted this 3rd day of July, 2012.

        s/Daniel L. Delnero
        Daniel L. Delnero
        Georgia Bar No. 347766
        MCGUIREWOODS LLP
        Suite 2100, Promenade II
        1230 Peachtree Street NE
        Atlanta, GA 30309
        Telephone: 404-443-5500
        Telecopier: 404-443-5599
        ddelnero@mcguirewoods.com

*Attorney for Defendants GreenPoint Mortgage Funding, Inc. and Federal National Mortgage Association, N.A.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLORIA JEAN DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., BAC HOME LOANS SERVICING, LP, FEDERAL NATIONAL MORTGAGE ASSOCIATION, N.A., JOHN DOE 1 and JOHN DOE 2,<br><br>    Defendants. | CASE NO. 1:09-cv-02719-CC-LTW |

## CERTIFICATE OF SERVICE

This is to certify that I have, on this 3rd day of July, 2012, served the foregoing *Statement of Undisputed Material Facts* with the Clerk of Court using the CM/ECF electronic filing system, which will send notification of such filing to the following parties:

John R. Bartholomew, IV
Atlanta Legal Aid Society, Inc.
151 Spring Street, NW
Atlanta, Georgia 30303
jrbartholomew@atlantalegalaid.org

                                s/Daniel L. Delnero
                                Daniel L. Delnero

MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
ddelnero@mcguirewoods.com

*Attorneys for Defendants GreenPoint Mortgage Funding, Inc.
and Federal National Mortgage Association, N.A.*

\40291744.1